O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-04040 AHM (RZx) | | Date | May 25, 2011 |
|---|---|---|---|---|
| Title | INVESTOR'S BUSINESS DAILY, INC. v. KIM LEE TONG, ET AL. | | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|
| | |

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

The Court is in receipt of the Notice of Service of Temporary Restraining Order ("TRO") filed by Investor's Business Daily, Inc. The preliminary injunction hearing will be set for June 13, 2011 at 10:00 a.m. The briefing schedule remains as set forth in the TRO. Finally, the Court vacates its order sealing the case file, entered on May 12, 2011.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |