| | |
|---|---|
| 1 | Christopher S. Ruhland (State Bar No. 175054) |
| | christopher.ruhland@dechert.com |
| 2 | Andrew S. Wong (State Bar No. 198227) |
| | andrew.wong@dechert.com |
| 3 | **DECHERT LLP** |
| | US Bank Tower |
| 4 | 633 West 5th Street, 28th Floor |
| | Los Angeles, CA 90071-2005 |
| 5 | Telephone: +1 213 808 5700 |
| | Facsimile: +1 213 808 5760 |
| 6 | |
| 7 | Sarah Wager (State Bar No.: 209277) |
| | sarah.wager@dechert.com |
| | **DECHERT LLP** |
| 8 | 2440 W. El Camino Real, Suite 700 |
| | Mountain View, CA 94040-1499 |
| 9 | Telephone: +1 650 813 4800 |
| | Facsimile: +1 650 813 4848 |
| 10 | |
| 11 | Attorneys for Plaintiff |
| | INVESTOR'S BUSINESS DAILY, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVESTOR'S BUSINESS DAILY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KIM LEE TONG a/k/a KIM T. TONG a/k/a KIM T. LEE, an individual, and DAN HOANG TRAN a/k/a DAN TRAN an individual, collectively d/b/a Stock Market DVDs, WallStreet Zone, www.WallStreet-DVDs.com, www.WallStret-DVDs.com, www.wallstreet-zone.com, www.stockmarket-dvds.com, www.lynh.com, http://store.updownsideway.com; GG PRINTING, INC., a California Corporation d/b/a GOLDEN GRAPHIX & PRINTING, and DOES 2-10, inclusive, Defendants.<br><br>Defendants. | Case No. CV11-04040 AHM (RZx)<br><br>**REVISED ORDER RE:<br>PRELIMINARY INJUNCTION** |

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

REVISED ORDER RE: PRELIMINARY INJUNCTION; CASE NO.
CV11 04040 AHM (RZX)

14125071

IT IS ORDERED, ADJUDGED AND DECREED THAT:

Defendants KIM LEE TONG a/k/a KIM T. TONG a/k/a KIM T. LEE, Stock Market DVDs, WallStreet Zone, www.WallStreet-DVDs.com, www.WallStret-DVDs.com, www.wallstreet-zone.com, www.stockmarket-dvds.com, www.lynh.com, http://store.updownsideway.com, GOLDEN GRAPHIX & PRINTING, and their officers, agents, servants, employees, attorneys, and those in active concert or participation with them are preliminarily enjoined from:

1. imitating, copying, counterfeiting, or making unauthorized use of Investor's Business Daily's ("IBD") Copyrights and Trademarks;

2. manufacturing, producing, distributing, selling, offering for sale, moving, or otherwise disposing of, any product bearing any simulation, reproduction, counterfeit, copy or colorable imitation of IBD's Copyrights and Trademarks;

3. using any simulation, reproduction, counterfeit, copy, or colorable imitation of IBD's Copyrights and Trademarks;

4. using any false designation of origin or false description that can, or is likely to, lead the public or individual members thereof to believe that any product manufactured, distributed, or sold by Defendants is in any manner associated with or connected with IBD, or is sold, manufactured, licensed, sponsored, or approved or authorized by IBD;

5. engaging in any other activity constituting an infringement of IBD's copyright or trademark rights or otherwise unfairly competing with IBD;

6. destroying, modifying, disposing of, concealing, or moving the following:
    a. products incorporating IBD's Copyrights or Trademarks;
    b. any other products which picture, reproduce, copy or use the likeness of or bear a substantial similarity to any of IBD's

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

REVISED ORDER RE: PRELIMINARY INJUNCTION; CASE NO.
CV11 04040 AHM (RZx)

- 1 -

14125071

|   |   |
|---|---|
| 1 | Copyrights or Trademarks; |
| 2 | c. any labels, packages, wrappers, containers or any other |
| 3 | unauthorized promotion or advertising material item which |
| 4 | reproduces, copies, counterfeits, imitates or bears any of IBD's |
| 5 | Copyrights or Trademarks; |
| 6 | d. any devices or elements used for making or manufacturing |
| 7 | products incorporating IBD's Copyrights or Trademarks; and |
| 8 | e. any sales and supply of customer journals, ledgers, invoices, |
| 9 | purchase orders, inventory control documents, bank records, |
| 10 | catalogs and all other business records, believed to concern the |
| 11 | manufacture, purchase, advertising, sale or offering for sale of |
| 12 | products that incorporate IBD's Copyrights or Trademarks |

This Preliminary Injunction is issued without the posting by Plaintiff of any additional bond.

IT IS SO ORDERED.

DATED: June 14, 2011

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

cc: **Fiscal**

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

REVISED ORDER RE: PRELIMINARY INJUNCTION; CASE NO.
CV11 04040 AHM (RZx)   - 2 -

14125071