1  Christopher S. Ruhland (State Bar No. 175054)
   christopher.ruhland@dechert.com
2  Andrew S. Wong (State Bar No. 198227)
   andrew.wong@dechert.com
3  **DECHERT LLP**
   US Bank Tower
4  633 West 5th Street, 37th Floor
   Los Angeles, CA  90071-2005
5  Telephone:  +1  213  808  5700
   Facsimile:  +1  213  808  5760
6
7  Sarah Wager (State Bar No.: 209277)
   sarah.wager@dechert.com
   **DECHERT LLP**
8  2440 W. El Camino Real, Suite 700
   Mountain View, CA  94040-1499
9  Telephone:  +1  650  813  4800
   Facsimile:  +1  650  813  4848
10
11 Attorneys for Plaintiff
   INVESTOR'S BUSINESS DAILY, INC.

12             UNITED STATES DISTRICT COURT
13
               CENTRAL DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  INVESTOR'S BUSINESS DAILY, INC., a California corporation, | Case No.  CV11 04040 AHM (RZx) |
| 16  Plaintiff, | **PERMANENT INJUNCTION** |
| 17  v. | |
| 18  KIM LEE TONG a/k/a KIM T. TONG a/k/a KIM T. LEE, an individual, and DAN HOANG TRAN a/k/a DAN TRAN an individual, collectively d/b/a Stock Market DVDs, WallStreet Zone, www.WallStreet-DVDs.com, www.WallStret-DVDs.com, www.wallstreet-zone.com, www.stockmarket-dvds.com, www.lynh.com, http://store.updownsideway.com; GG PRINTING, INC., a California Corporation d/b/a GOLDEN GRAPHIX & PRINTING, and DOES 2-10, inclusive, Defendants. | |
| 27  Defendants. | |
| 28 | |

The Court has reviewed the joint Stipulation to Permanent Injunction submitted by the parties to this action. Based on the Stipulation, and good cause appearing, IT IS ORDERED, ADJUDGED AND DECREED THAT:

Defendants KIM LEE TONG a/k/a KIM T. TONG a/k/a KIM T. LEE, DAN HOANG TRAN, d/b/a Stock Market DVDs, WallStreet Zone, www.WallStreet-DVDs.com, www.WallStret-DVDs.com, www.wallstreet-zone.com, www.stockmarket-dvds.com, www.lynh.com, http://store.updownsideway.com (collectively "Defendants"), and their officers, agents, servants, employees, attorneys, and those in active concert or participation with them are permanently enjoined from:

1. imitating, copying, counterfeiting, or making unauthorized use of Investor's Business Daily's ("IBD") Copyrights and Trademarks;
2. manufacturing, producing, distributing, selling, offering for sale, moving, or otherwise disposing of, any product bearing any simulation, reproduction, counterfeit, copy or colorable imitation of IBD's Copyrights and Trademarks;
3. using any simulation, reproduction, counterfeit, copy, or colorable imitation of IBD's Copyrights and Trademarks;
4. using any false designation of origin or false description that can, or is likely to, lead the public or individual members thereof to believe that any product manufactured, distributed, or sold by Defendants is in any manner associated with or connected with IBD, or is sold, manufactured, licensed, sponsored, or approved or authorized by IBD;
5. engaging in any other activity constituting an infringement of IBD's copyright or trademark rights or otherwise unfairly competing with IBD;
6. destroying, modifying, disposing of, concealing, or moving the following:

Dechert LLP
Attorneys At Law
Silicon Valley

[Proposed] Permanent Injunction;
Case No. CV11 04040 AHM (RZx)

- 1 -

14184780

    a. products incorporating IBD's Copyrights or Trademarks;

    b. any other products which picture, reproduce, copy or use the likeness of or bear a substantial similarity to any of IBD's Copyrights or Trademarks;

    c. any labels, packages, wrappers, containers or any other unauthorized promotion or advertising material item which reproduces, copies, counterfeits, imitates or bears any of IBD's Copyrights or Trademarks;

    d. any devices or elements used for making or manufacturing products incorporating IBD's Copyrights or Trademarks; and

    e. any sales and supply of customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records, catalogs and all other business records, believed to concern the manufacture, purchase, advertising, sale or offering for sale of products that incorporate IBD's Copyrights or Trademarks

The Court shall retain jurisdiction after the termination of this action to enforce this permanent injunction.

IBD shall be entitled to full recovery of the security for injunctive relief it posted on May 18, 2011.

IT IS SO ORDERED.

DATED: September 28, 2011

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

Dechert LLP
Attorneys At Law
Silicon Valley

[Proposed] Permanent Injunction;
Case No. CV11 04040 AHM (RZx)

- 2 -

14184780

1 | Presented by:
2 | Christopher S. Ruhland
3 | Andrew S. Wong
**DECHERT LLP**
4 | US Bank Tower
633 West 5th Street, 28th Floor
Los Angeles, CA 90071-2005
5 |
6 | Sarah Wager
**DECHERT LLP**
7 | 2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
8 |
9 | By: /s/ Sarah Wager
10 |     Sarah Wager
    Attorneys for Plaintiff
11 |     INVESTOR'S BUSINESS DAILY, INC.

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] PERMANENT INJUNCTION;
CASE NO. CV11 04040 AHM (RZX)

- 3 -

14184780