Christopher S. Ruhland (State Bar No. 175054)
christopher.ruhland@dechert.com
Andrew S. Wong (State Bar No. 198227)
andrew.wong@dechert.com
**DECHERT LLP**
US Bank Tower
633 West 5th Street, 37th Floor
Los Angeles, CA 90071-2005
Telephone: +1 213 808 5700
Facsimile: +1 213 808 5760

Sarah Wager (State Bar No.: 209277)
sarah.wager@dechert.com
**DECHERT LLP**
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Telephone: +1 650 813 4800
Facsimile: +1 650 813 4848

Attorneys for Plaintiff
INVESTOR'S BUSINESS DAILY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVESTOR'S BUSINESS DAILY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KIM LEE TONG a/k/a KIM T. TONG a/k/a KIM T. LEE, an individual, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM. | Case No. CV11-04040-AHM (RZx)<br><br>Hon. A. Howard Matz<br><br>**ORDER OF DISMISSAL OF COMPLAINT WITH PREJUDICE**<br><br>**Stipulation Filed Concurrently** |

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

ORDER OF DISMISSAL OF COMPLAINT WITH PREJUDICE;
CASE NO. CV11 04040 AHM (RZX)

14236368

1     Based on the Stipulation of Dismissal filed by and between Plaintiff
2 Investor's Business Daily, Inc. ("IBD") and defendants Kim Lee Tong ("Tong"),
3 Dan Hoang Tran ("Tran") and GG Printing, Inc. ("GG"), it is hereby ordered that
4 IBD's complaint is hereby dismissed in its entirety with prejudice. There shall be
5 no award of costs, attorneys' fees and/or other expenses of litigation to any party in
6 connection with the dismissal of IBD's complaint.

Dated: October 05, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT COURT JUDGE

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

ORDER OF DISMISSAL OF COMPLAINT WITH PREJUDICE;
CASE NO. CV11 04040 AHM (RZx)

- 1 -

14236368